Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
Seth B. Herring (SBN 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Applicant SIEMENS AG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEMENS AG, a Germany Corporation, <br><br> Applicant, <br><br> WESTERN DIGITAL CORPORATION, a California Corporation, <br><br> Respondent. | Case No. 8:13-mc-20 (ANWx) <br><br> **SIEMENS AG'S APPLICATION TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782** |

Applicant Siemens AG ("Siemens") has filed a lawsuit for patent infringement against Respondent Western Digital Corporation in Germany, captioned *Siemens AG v. Western Digital Corporation et al.*, Landgericht Dusseldorf, Case No. 4b O 107/12 (the "Action"). Discovery is limited in German courts, and it would be impossible for Siemens to acquire certain relevant and material information through German procedure. It would also be impossible or extremely burdensome and expensive for Siemens to ascertain this information through other means. Therefore, Siemens, by and through its undersigned counsel, hereby petitions this Court under 28 U.S.C. § 1782 to order Western Digital Corporation to provide the following discovery in order to aid the fair and complete resolution of the Action:

Requests for Production

1. Documents sufficient to identify[1] all hard drives which includes at least one GMR or TMR read sensor manufactured by Western Digital[2] or Read Rite

---

[1] As used herein, "identify" means: a) with respect to a person, his or her name, address, telephone number, employer, and job title, or if unknown, the person's last known address, telephone number, employer, and job title; b) with respect to an entity, the entity's full name, state of incorporation, current or last known business address, and current or last known telephone number; c) with respect to Accused Products, the product's identification number, market name and/or internal design name, and production period; d) with respect to read sensors, the sensor's internal design name, external name, model number, and production period.

[2] As used herein "Western Digital" means Western Digital Corporation or any of its subsidiaries, divisions, predecessors or successors-in-interest, affiliates, parents, officers, directors, employees, agents, contractors, and other persons controlled by, cooperating with, or acting on behalf of Western Digital Corporation.

Corporation, regardless of whether the hard drive also includes a sensor or sensors manufactured or provided by another party ("Accused Products") that Western Digital has sold or imported into Germany since June 8, 1996, either directly or indirectly.[3]

2. Documents sufficient to identify all models/types/designs of read sensors manufactured by Western Digital or Read Rite Corporation that were either (1) used in the Accused Products identified in response to Request No. 1 or (2) sold to customers who used such read sensors in their own products that the customers then sold directly or indirectly or imported into Germany, and to indicate whether such read sensors fall under category 1, 2, or both.

3. Separately for each Accused Product identified in response to Request No. 1, Documents sufficient to identify with which model/type/design sensor identified in response to Request No. 2 the Accused Product was equipped.

4. Documents sufficient to identify each affiliate,[4] distributor, or customer of Western Digital that has sold or imported an Accused Product into Germany since

---

[3] An "indirect" sale means a sale made to a customer outside of Germany who then re-sells the sold good to a customer within Germany, either as a the same good or incorporated within a larger good.

[4] As used herein, "affiliate" means any individual, trust, corporation, partnership, joint venture, limited liability company, association, unincorporated organization or other legal entity that controls, is controlled by or is under common control with or by Western Digital Corporation, including but not limited to parents, subsidiaries, and divisions of Western Digital Corporation.

June 8, 1996, either directly or indirectly, and to identify the particular Accused Product(s) each such affiliate, distributor, or customer has so sold or imported.

5. Separately for each affiliate, distributor, or customer identified in response to Request No. 4, on a model by model and year by year basis, documents sufficient to indicate the number of units, revenues, costs, and profits for sales for each Accused Product stemming from such affiliate, customer, or distributor's importation or direct or indirect sale of Accused Products into Germany since June 8, 1996.

6. For each model/type/design of read sensor manufactured by Western Digital or Read Rite Corporation identified in your response to Request No. 2, all documents that describe each layer in the read sensor, including the order, thickness, chemical composition, name, function, magnetization [emu/cm$^2$] and magnetization orientation of each such layer a) after deposition of each layer; and b) after finishing all manufacturing steps of the sensor.

7. For each model/type/design manufactured by Western Digital or Read Rite Corporation identified in your response to Request No. 2, documents sufficient to indicate the total coupling strength [erg/cm$^2$], the total coupling field [Oe], the exchange coupling strength [erg/cm$^2$] and the exchange coupling field [Oe] between each measuring layer/free layer/sensing layer and each bias layer/pinned layer.

Siemens AG's Application for Discovery Pursuant to 28 U.S.C. § 1782

8. For each Accused Product identified in your response to Request No. 1 and on a model by model and year by year basis since June 8, 1996, documents sufficient to indicate the number of units, revenues, costs, and profits for sales of Accused Products made by Western Digital directly or indirectly into Germany or for importation of such Accused Products into Germany.

Interrogatories

1. Identify all Accused Products that Western Digital has sold or imported into Germany since June 8, 1996, either directly or indirectly.

2. Identify all models/types/designs of read sensors manufactured by Western Digital or Read Rite Corporation that were either (1) used in the Accused Products identified in response to Interrogatory No. 1 or (2) sold to customers who used such read sensors in their own products that the customers then sold directly or indirectly or imported into Germany, and indicate whether such read sensors fall under category 1, 2, or both.

3. Separately for each Accused Product identified in response to Interrogatory No. 1, identify with which model/type/design sensor identified in response to Interrogatory No. 2 the Accused product was equipped.

4. Identify each affiliate, distributor, or customer of Western Digital that has sold or imported an Accused Product into Germany since June 8, 1996, either directly

or indirectly, and identify each Accused Product each such affiliate, distributor, or customer has so sold or imported.

5. Separately for each affiliate, distributor, or customer identified in response to Interrogatory No. 4, on a model by model and year by year basis, indicate the number of units, revenues, costs, and profits for sales for each Accused Product stemming from such affiliate, customer, or distributor's importation or direct or indirect sale of Accused Products into Germany since June 8, 1996.

6. For each model/type/design of read sensor manufactured by Western Digital or Read Rite Corporation identified in your response to Interrogatory No. 2, describe in detail each layer in the read sensor, including the order, thickness, chemical composition, name, function, magnetization [$emu/cm^2$] and magnetization orientation of each such layer a) after deposition of each layer; and b) after finishing all manufacturing steps of the sensor.

7. For each model/type/design manufactured by Western Digital or Read Rite Corporation identified in your response to Interrogatory No. 2, indicate the total coupling strength [$erg/cm^2$], the total coupling field [$Oe$], the exchange coupling strength [$erg/cm^2$] and the exchange coupling field [$Oe$] between each measuring layer/free layer/sensing layer and each bias layer/pinned layer.

8. For each Accused Product identified in your response to Interrogatory No. 1 and on a model by model and year by year basis since June 8, 1996, indicate the number of units, revenues, costs, and profits for sales of Accused Products made by Western Digital directly or indirectly into Germany or for importation of such Accused Products into Germany.

Deposition Topics Pursuant to Fed. R. Civ. P. 30(b)(6)

1. The identity of all Accused Products that Western Digital has sold or imported into Germany since June 8, 1996, either directly or indirectly.

2. The identify of all models/types/designs of read sensors manufactured by Western Digital or Read Rite Corporation that were either (1) used in the Accused Products identified in response to Topic No. 1 or (2) sold to customers who used such read sensors in their own products that the customers then sold directly or indirectly or imported into Germany, and whether such read sensors fall under category 1, 2, or both.

3. Separately for each Accused Product identified in response to Topic No. 1, the identity of the model/type/design sensor identified in response to Interrogatory No. 2 the Accused product was equipped.

4. The identity of each affiliate, distributor, or customer of Western Digital that has sold or imported an Accused Product into Germany since June 8, 1996, either

directly or indirectly, and the identity of each Accused Product each such affiliate, distributor, or customer has so sold or imported.

5. Separately for each affiliate, distributor, or customer identified in response to Topic No. 4, on a model by model and year by year basis, the number of units, revenues, costs, and profits for sales for each Accused Product stemming from such affiliate, customer, or distributor's importation or direct or indirect sale of Accused Products into Germany since June 8, 1996.

6. For each model/type/design of read sensor manufactured by Western Digital or Read Rite Corporation identified in your response to Topic No. 2, a detailed description of each layer in the read sensor, including the order, thickness, chemical composition, name, function, magnetization [$emu/cm^2$] and magnetization orientation of each such layer a) after deposition of each layer; and b) after finishing all manufacturing steps of the sensor.

7. For each model/type/design manufactured by Western Digital or Read Rite Corporation identified in your response to Topic No. 2, the total coupling strength [$erg/cm^2$], the total coupling field [Oe], the exchange coupling strength [$erg/cm^2$] and the exchange coupling field [Oe] between each measuring layer/free layer/sensing layer and each bias layer/pinned layer.

8. For each Accused Product identified in your response to Topic No. 1 and on a model by model and year by year basis since June 8, 1996, the number of units, revenues, costs, and profits for sales of Accused Products made by Western Digital directly or indirectly into Germany or for importation of such Accused Products into Germany.

## JURISDICTION

Jurisdiction is proper in this Court under 28 U.S.C. § 1782 because Western Digital Corporation is headquartered within this district at 3355 Michelson Drive, Suite 100, Irvine, California 92612.

Dated: July 31, 2013

Respectfully submitted,

Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
Seth B. Herring (SBN 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
Counsel for Applicant SIEMENS AG

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
SIEMENS AG, a Germany Corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
WESTERN DIGITAL CORPORATION, a California Corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Scott D. Baker / John P. Bovich / Seth B. Herring
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Tel: 415.543.8700 / Fax: 415.391.8269

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1782 – application for discovery to aid litigant in foreign tribunal.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: 8:13-mc-20

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)     CIVIL COVER SHEET     Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Germany |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
NOTE: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County |  |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT): _Seth B. Herring_   DATE: July 31, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |