NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Scott D. Baker (SBN 84923) / John P. Bovich (SBN 150688)
Seth B. Herring (SBN 253907)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Tel: 415.543.8700 / Fax: 415.391.8269
Email: sbaker@reedsmith.com / jbovich@reedsmith.com
　　　　sherring@reedsmith.com
ATTORNEY(S) FOR: Applicant SIEMENS AG

FILED
2013 JUL 31 PM 2:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEMENS AG, a Germany Corporation<br><br>　　　　　　　　　　　　　　Plaintiff(s),<br>　　　　　v.<br>WESTERN DIGITAL CORPORATION, a California Corporation,<br>　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER:<br>8:13-mc-20- (AJWx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Siemens AG
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Siemens AG | Applicant |
| Western Digital Corporation | Respondent |

July 31, 2013
Date

Signature
Seth B. Herring

Attorney of record for (or name of party appearing in pro per):

SIEMENS AG.