Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
Seth B. Herring (SBN 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Applicant SIEMENS AG

\_\_\_ Priority
\_\_\_ Send
\_\_\_ Clsd
\_\_\_ Enter
_X_ JS-5/JS-6
\_\_\_ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
AUG - 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SIEMENS AG, a Germany Corporation,

   Applicant,

WESTERN DIGITAL CORPORATION, a California Corporation,

   Respondent.

Case No. 8:13-mc-20 - (AJWx)

[PROPOSED] ORDER GRANTING SIEMENS AG'S APPLICATION TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

[PROPOSED] ORDER

Upon consideration of Applicant Siemens AG's Application To Take Discovery For Use In A Foreign Proceeding Pursuant To 28 U.S.C. § 1782 and good cause appearing therefore, it is hereby ordered that the Application is GRANTED.

DATED: 8/1/13

_____
Hon.
United States District Judge