# EXHIBIT 1



Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
+1 415 543 8700
Fax +1 415 391 8269
reedsmith.com

Seth B. Herring
Direct Phone: +1 415 659 55954
Email: sherring@reedsmith.com

**PLEASE FORWARD TO LEGAL DEPARTMENT**

July 31, 2013

**Via Hand Delivery**

Western Digital Corporation
3355 Michelson Drive, Suite 100
Irvine, CA 92612

Re: *Siemens AG v. Western Digital Corporation et al.*, Landgericht Dusseldorf No. 4b O 107/12

Dear Sir or Madam:

We represent Siemens AG, and write to request certain information from Western Digital Corp. related to the above-captioned matter currently pending in Germany (the "Action"). As you know, the Action is a patent infringement suit in which Siemens has accused Western Digital hard drives containing certain hard drives of infringing Claim 1 of EP 0 674 769 B1. Discovery is limited in German courts, and it would be impossible for Siemens to acquire certain information material to the Action through German procedure or other means. As such, Siemens has filed the enclosed Section 1782 application in the Central District of California in which it has requested the court to order Western Digital to provide certain categories of information related to the Action.

Please let us know by **August 5** whether Western Digital agrees to provide the information specified in Siemens' Section 1782 application. If it does not so agree, please provide a time on **August 7** when we can discuss Siemens' application over the phone.

Very truly yours,

Seth B. Herring

SBH:dk

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-113902756.1-SBHERRIN

009