# EXHIBIT 2

## Kalahele, Deborah L.

| | |
|---|---|
| **From:** | Pollock, David T. |
| **Sent:** | Thursday, August 08, 2013 1:51 PM |
| **To:** | 'Jesse Mulholland' |
| **Cc:** | Herring, Seth B. |
| **Subject:** | RE: Siemens v. WD |
| **Attachments:** | show_temp.pdf |

Jesse,

Attached is the requested Order Granting Siemens AG's Application to Take Discovery.  I am available this afternoon on my mobile and tomorrow morning in the office - please call me or provide a number/time at which you are available.

Thanks,
David

**David Pollock** | ReedSmith
415.659.5620 direct | 650.868.4351 mobile | 415.391.8269 fax
101 Second Street, Suite 1800 | San Francisco, CA  94105-3659
dpollock@reedsmith.com | http://www.reedsmith.com/david_pollock/

**From:** Jesse Mulholland [mailto:Jesse.Mulholland@wdc.com]
**Sent:** Wednesday, August 07, 2013 9:14 AM
**To:** Pollock, David T.
**Cc:** Herring, Seth B.
**Subject:** Siemens v. WD

Hello David,
Thank you for the voice message that you and Seth left for me yesterday evening.  Will you please send me the order that Seth mentioned?

Best regards,
Jesse

**Jesse D. Mulholland**
Director of IP Litigation

Western Digital Corporation
3355 Michelson Dr., Suite 100
Irvine, California 92612

Telephone (949) 672-7478
Facsimile (949) 672-6604

*This message and any attached documents contain information that may be confidential and/or privileged.  If you are not the intended recipient, you may not read, copy, distribute, or use this information.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

1



1  Scott D. Baker (SBN 84923)
   Email: sbaker@reedsmith.com
2  John P. Bovich (SBN 150688)
   Email: jbovich@reedsmith.com
3  Seth B. Herring (SBN 253907)
   Email: sherring@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA  94105-3659
   Telephone:  +1 415 543 8700
6  Facsimile:   +1 415 391 8269

7  Attorneys for Applicant SIEMENS AG

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 SIEMENS AG, a Germany Corporation,        Case No. 8:13-mc-20 - (AJWx)

12             Applicant,                    [PROPOSED] ORDER GRANTING
                                             SIEMENS AG'S APPLICATION TO
13                                           TAKE DISCOVERY FOR USE IN A
                                             FOREIGN PROCEEDING
14 WESTERN DIGITAL CORPORATION,              PURSUANT TO 28 U.S.C. § 1782
   a California Corporation,
15
              Respondent.
16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Priority
_____
Send
_____
Clsd
_____
Enter
__X__ JS-5/JS-6
_____ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT

AUG - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

LODGED

2013 JUL 31  PM 2:30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

                    [PROPOSED] ORDER

US_ACTIVE-113939272

012



Upon consideration of Applicant Siemens AG's Application To Take Discovery For Use In A Foreign Proceeding Pursuant To 28 U.S.C. § 1782 and good cause appearing therefore, it is hereby ordered that the Application is GRANTED.

DATED: 8/1/13

_____

Hon.
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –