# EXHIBIT 3

## Kalahele, Deborah L.

**From:** Cordrey, Gregory <GXC@JMBM.com>
**Sent:** Monday, August 12, 2013 3:45 PM
**To:** Herring, Seth B.
**Cc:** Bovich, John; Pollock, David T.
**Subject:** RE: Siemens AG v. Western Digital

Seth,

As I mentioned, I have not yet had the opportunity to look into the discovery requested and discuss with Western Digital.

Why don't we plan to speak on Friday about the discovery Siemens is seeking? My day is pretty open so feel free to suggest a time.

Thanks,
Greg

**From:** Herring, Seth B. [mailto:SHerring@ReedSmith.com]
**Sent:** Monday, August 12, 2013 3:29 PM
**To:** Cordrey, Gregory
**Cc:** Bovich, John; Pollock, David T.
**Subject:** RE: Siemens AG v. Western Digital

Greg,

If there is any way you can give us dates for the discovery responses and deposition sometime this week so we can begin to make plans, that would be great. If not, please let us know when you expect to be in a position to give us the dates.

Thanks,

Seth

**From:** Cordrey, Gregory [mailto:GXC@JMBM.com]
**Sent:** Monday, August 12, 2013 1:01 PM
**To:** Herring, Seth B.
**Cc:** Bovich, John; Pollock, David T.
**Subject:** RE: Siemens AG v. Western Digital

Seth,

I just received the application setting forth the discovery requests and the order. I am traveling this week, but upon my return I will reach out to you to discuss these requests.

Thanks,
Greg

**From:** Herring, Seth B. [mailto:SHerring@ReedSmith.com]
**Sent:** Monday, August 12, 2013 12:55 PM
**To:** Cordrey, Gregory
**Cc:** Bovich, John; Pollock, David T.
**Subject:** RE: Siemens AG v. Western Digital

1

015

Hi Greg,

I assume by now you have seen a copy of the order granting Siemens' Section 1782 application. Please let us know when Western Digital will be ready to produce responsive documents and interrogatory responses, and when a Western Digital representative is available for deposition on the topics listed in the application.

Regards,

Seth

**From:** Cordrey, Gregory [mailto:GXC@JMBM.com]
**Sent:** Friday, August 09, 2013 4:49 PM
**To:** Herring, Seth B.
**Subject:** Siemens AG v. Western Digital

Hi Seth,

I left you a voice message a few minutes ago.

I will be representing Western Digital in connection with the Section 1782 application for discovery of Western Digital. Please direct all future on this subject to me.

I look forward to working with you on this matter. Feel free to call me if you have any questions.

Regards,
Greg

Gregory S. Cordrey, P.C. of
JMBM | Jeffer Mangels Butler & Mitchell LLP
3 Park Plaza, Suite 1100
Irvine, CA 92614
(949) 623-7236  Direct
(949) 623-7202  Fax
GCordrey@jmbm.com
JMBM.com

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.
\* \* \*
To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
Disclaimer Version RS.US.20.10.00