# EXHIBIT 4

## Kalahele, Deborah L.

**From:** Cordrey, Gregory <GXC@JMBM.com>
**Sent:** Wednesday, August 28, 2013 12:05 PM
**To:** Herring, Seth B.
**Cc:** Pollock, David T.
**Subject:** RE: Siemens/Western Digital Section 1782 Application

Hi Seth,

Without agreeing to your characterization of our discussions set forth in your email below, or your interpretation of the Court's order, yes I plan to discuss specific requests with you tomorrow.

Also, I understood that you intended to provide a proposed protective order covering the production of Western Digital's confidential information. When can we expect it?

Thanks,
Greg

**From:** Herring, Seth B. [mailto:SHerring@ReedSmith.com]
**Sent:** Wednesday, August 28, 2013 11:57 AM
**To:** Cordrey, Gregory
**Cc:** Pollock, David T.
**Subject:** Siemens/Western Digital Section 1782 Application

Hi Greg,

Thanks again for meeting with David Pollock and me on August 16 and 23 and for agreeing to meet with us again on August 29. On tomorrow's call we look forward to your identification of the categories of documents and interrogatories for which WD will agree to provide responsive, non-privileged information and a date for that provision. We also look forward to discussing whether WD still believes there are categories of the Court-ordered document production and interrogatory responses that are not required at this time and, if so, whether the parties can resolve any such issues. Notwithstanding our agreement with this plan, Siemens does not waive any of its rights under the Court's order granting its Section 1782 application. Under that order, WD is obligated to provide all requested information. However, in good faith, Siemens will nonetheless consider your August 29 response.

Thanks and we look forward to your call tomorrow.

Regards,

Seth

**Seth B. Herring | Reed Smith LLP**
101 Second Street, Ste. 1800, San Francisco, CA 94105
sherring@reedsmith.com | tel: +1.415.659.5954

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.
\* \* \*
To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be

1

018

used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Disclaimer Version RS.US.20.10.00

2

019