# EXHIBIT 5

## Kalahele, Deborah L.

| | |
|---|---|
| **From:** | Herring, Seth B. |
| **Sent:** | Thursday, August 29, 2013 3:00 PM |
| **To:** | 'Cordrey, Gregory (GXC@JMBM.com)' |
| **Cc:** | Pollock, David T. |
| **Subject:** | Siemens v. WD: draft protective order |
| **Attachments:** | Protective Order.DOCX; (REDLINE) ND_Cal_Patent_Highly_Sensitive_Model_Prot_Ord_ 11-7-111 - Protective Order.DOCX |

Greg,

Attached is our proposed protective order, along with a version redlined against the ND Cal model order.  We look forward to your comments.  As stated on our call, in order to avoid holding up WD's document production and/or interrogatory responses, we agree to treat all produced information Outside Counsel Only until a PO is entered.

Regards,

Seth

**Seth B. Herring | Reed Smith** LLP
101 Second Street, Ste. 1800, San Francisco, CA 94105
sherring@reedsmith.com | tel: +1.415.659.5954

1