# EXHIBIT 7

# Kalahele, Deborah L.

**From:** Cordrey, Gregory <GXC@JMBM.com>
**Sent:** Wednesday, September 04, 2013 4:15 PM
**To:** Pollock, David T.
**Cc:** Herring, Seth B.
**Subject:** RE: Siemens v. WD

David,

Thanks for the email.

It is taking me longer than I anticipated to coordinate with everyone on this end in order to respond to your email and provide you with WD's positions.

There are differences between WD's positions and those you have described below. I will clarify those differences in subsequent correspondence.

I am hopeful that I will be in a position to respond to you by early next week. Until then, I suggest we move our call back a week.

Regards,
Greg


**From:** Pollock, David T. [mailto:DPollock@ReedSmith.com]
**Sent:** Friday, August 30, 2013 1:42 PM
**To:** Cordrey, Gregory
**Cc:** Herring, Seth B.
**Subject:** Siemens v. WD

Greg,

Thanks for talking to Seth and me yesterday and we appreciate WD's commitment to provide an email, as soon as practical but by no later than September 4th, stating WD's position on what discovery it will, and will not provide. To potentially reduce the number of conversations and amount of time required to resolve these scope and timing issues, and to verify that our understanding of yesterday's conversation is correct, here is what we took away from that conversation:

- WD will begin a rolling production of the requested non-damages-related documents starting in mid-September (for at least the products accused in the German Action and by the parties named there), and will provide corresponding interrogatory responses and conclude the document production as soon as is practical.
- Discovery for the older GMR products may take some extra time due to the archiving of that material.
- Siemens does not agree that WD can unilaterally narrow the scope of the Court-ordered discovery to only the products and parties currently in the German Action or to the time period after December 2008, as proposed by WD.
- You will check with your client to determine whether WD will provide the full scope of the requested non-damages RFPDs and Interrogatories.

We would like to resolve these scope issues as soon as possible – either by agreement or, if no agreement can be reached, by determining the exact boundaries of the parties' disagreement on our next call, for prompt resolution by the Court. In light of the time zone challenges, we would appreciate receiving your email as far in advance of your no-later-than-Wednesday commitment as is possible so we can discuss its contents with our German colleagues. And if what we

took away from yesterday's conversation is different than your understanding, please let us know of any differences in your email.

Regarding the damages-related discovery (i.e., RFPD and Interrogatory Nos. 4-5, 8), we were encouraged by the efforts to reach a possible compromise. We will discuss with Siemens whether it can agree to delay such discovery until after a determination of liability in Germany in return for a promise by WD to provide all or substantially all of the damages-related discovery in the Court Order pertaining to the products for which infringement is found. We are also open to other reasonable proposals that will permit Siemens to be compensated for the full scope of any infringement finding in Germany, including any direct or indirect infringement by the currently-named parties or their affiliates or agents.

Having said all this, Siemens maintains its position that it is entitled to all Court-ordered discovery and, as previously indicated, we have engaged in this discussion in the spirit of compromise. Siemens reserves all rights to pursue all remedies under the Court's Order.

We also look forward to your comments on the draft protective order, sent by Seth via email yesterday. Please let me know immediately if you did not receive it.

Enjoy the holiday weekend,

David

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

\* \* \*

To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Disclaimer Version RS.US.20.10.00